December 30, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

PHILIPPE RENEE NOTTEBOHM MAGANA AND MERCANTIL MURCIA, S.A. DE C.V., Appellants

NO. 14-13-00530-CV                    V.

CITIBANK, N.A., CITIBANK TEXAS, N.A., CITIGROUP, INC., AND ANA MARIA NOTTEBOHM MAGANA, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF PHILIPPE OTTO NOTTEBOHM DEKKERS, DECEASED, Appellees

_____

This cause, an appeal from the judgment in favor of appellee, Ana Maria Nottebohm Magana, Individually and as Executor of the Estate of Philippe Otto Nottebohm Dekkers, Deceased, signed March 7, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Philippe Renee Nottebohm Magana and Mercantil Murcia, S.A. de C.V., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.